UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FRANCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:17-cv-01506-JLS-FFM<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,950 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: January 22, 2019

　　　　　　　　　　/s/ Frederick F. Mumm
　　　　　　　　THE HONORABLE FREDERICK F. MUMM
　　　　　　　　UNITED STATES MAGISTRATE JUDGE